# Court of Appeals
# of the State of Georgia

ATLANTA,  April 13, 2026

*The Court of Appeals hereby passes the following order:*

## A26A1466. SEYED ASADOLLAH SHARIFIAN v. ASHRAF SADAT SAFARI.

Syed Adadollah Sharifian ("Husband") and Ashraf Sadat Safari ("Wife") were divorced pursuant to a final judgment and decree of divorce. Following entry of the judgment, Husband filed this direct appeal. We lack jurisdiction.

Appeals from orders in "divorce, alimony, and other domestic relations cases," must be initiated by filing an application for discretionary review. OCGA § 5-6-35 (a) (2), (b). Compliance with the discretionary appeals procedure is jurisdictional. *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021). Consequently, Husband's failure to follow that procedure deprives us of jurisdiction to consider this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  04/13/2026

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*